UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:24-cv-61874-ALTMAN/Hunt

JESSICA NORTON,

    Plaintiff,

v.

BROWARD COUNTY SCHOOL BOARD, *et al.*,

    Defendants.

## SCHEDULING ORDER

Having considered the Amended Joint Conference Report prepared by the parties, the Court enters this Scheduling Order:

This case should be placed on the Standard Case Management Track described in Local Rule 16.1(a)(2)(B). All fact discovery shall be completed by **June 1, 2026**.

1. All requests for production under Federal Rule of Civil Procedure 34 must be served by **January 15, 2026.** Document productions must be substantially completed by **April 15, 2026.**

2. Expert Discovery:

    A. Expert disclosures required by Federal Rule of Civil Procedure 26(a)(2) shall be made by **June 8, 2026**.

    B. All parties shall serve any expert rebuttal reports by **July 8, 2026**.

    C. All expert discovery shall be completed by **August 7, 2026.**

5. The parties shall make their disclosures pursuant to Federal Rule of Civil Procedure 26(a)(3)(A) by **October 19, 2026.**

6. The parties shall make their objections under Federal Rule of Civil Procedure 26(a)(3)(B) by **November 18, 2026.**

7. Any motions for summary judgment shall be filed by _____ and will be resolved by _____.

8. Any other pretrial motions shall be filed by _____ and will be resolved by _____.

9. A pretrial conference will be held on _____.

10. Trial will be scheduled to commence the week of _____.

11. The parties intend to jointly prepare and submit to the Court a proposed protective order governing procedures for the exchange and use of sensitive or confidential information in this proceeding. The parties agree that information that is confidential under state or federal law will not be disclosed before the Court enters a protective order that authorizes its disclosure and protects its confidentiality.

DONE AND ORDERED in Fort Lauderdale, Broward County, Florida, this \_\_\_\_\_ day of _____, 2025.

_____
Honorable Roy K. Altman
United States District Court Judge